# UNITED STATES DISTRICT COURT

for the

District of Maine 8:17MJ1257MAP

United States of America
v.
SHAYNE ELLIS
*Defendant*

Case No. 1:12-cr-00040-JAW

2017 FEB 21 PM 3:05

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* SHAYNE ELLIS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of Condition(s) of Supervised Release; 18:3606

Date: 02/21/2017

*Issuing officer's signature*

City and state: Bangor, Maine

Jennifer G. Driscoll, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* ______, and the person was arrested on *(date)* ______
at *(city and state)* ______.

Date: ______

*Arresting officer's signature*

*Printed name and title*

Case 1:12-cr-00040-JAW Document 57 Filed 02/21/17 Page 1 of 4 PageID #294

Prob 12C
(6/13)

# UNITED STATES DISTRICT COURT

for the District of Maine

## Petition for Warrant or Summons for Offender under Supervision

---

**Name of Offender:** Shayne Ellis **Case Number**: 0100 1:12CR00040

**Sentencing Judicial Officer**: Honorable John A. Woodcock, Jr., U.S. District Judge

**Date of Original Sentence**: July 11, 2012

**Date of Amended Sentence:** April 9, 2015

**Date of 1st Revocation Sentence:** December 27, 2016

**Original Offense:** Count One: Conspiracy to Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 846, 841(b)(1)(C) and 18 U.S.C. § 2; Count Two: Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C.§ 922(g); and Count Three: Robbery of Controlled Substances from a DEA Registered Pharmacy, in violation of 18 U.S.C. §§ 2118(a) and 2

**Original Sentence:** 66 Months Imprisonment; 36 Months Supervised Release

**Amended Sentence:** 54 Months Imprisonment; 36 Months Supervised Release

**Revocation Sentence:** Time Served (11 days); 24 Months Supervised Release

**Type of Supervision**: Supervised Release

**Date Supervision Commenced:** December 27, 2016

**Assistant U.S. Attorney:**
Joel Casey

**Defense Attorney:**
Charles Hodsdon

---

### PETITIONING THE COURT

☒ To issue a warrant/matter to be sealed pending arrest or until detainer is lodged.
☐ To issue a warrant/matter to be sealed pending arrest. Attachment to remain sealed after arrest.
☐ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| <u>**Violation Number**</u> | <u>**Nature of Noncompliance**</u> |
| --- | --- |
| One | **<u>Special Condition #3:</u> Defendant shall not use any controlled substances or intoxicants; and shall participate in a program of drug and alcohol abuse therapy to the satisfaction of the supervising officer. This may include testing to determine if the defendant has** |

| | |
|---|---|
| | **made use of drugs or intoxicants. Defendant shall submit to one test within 15 days of release from prison and at least two, but not more than 120, tests per calendar year thereafter, as directed by the supervising officer. Defendant shall pay/co-pay for services provided during the course of such treatment to the supervising officer's satisfaction. Defendant shall not obstruct or tamper, or try to obstruct or tamper, in any way, with any tests.**<br><br>On February 19, 2017, the defendant overdosed on heroin and was administered Narcan (Naloxone), a medication used to block the effects of opioids, especially for an overdose, by paramedics. He was then transported to Eastern Maine Medical Center, Bangor, Maine, for further medical treatment; however, he left against medical advice. As requested by the Probation Office, following the reported overdose on February 19, 2017, the Bangor Police Department made an unsuccessful attempt at conducting a well-being check at the defendant's reported address. Since that time, the undersigned probation officer has made several unsuccessful attempts at making contact with the defendant. At this time, the defendant's whereabouts are unknown. |

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be:

☒ revoked.

☐ extended for {years} for a total of {years} years.

☐ the conditions of supervision should be modified as follows:

I declare under penalty of perjury the foregoing is true and correct.
Executed on: February 21, 2017

Respectfully Submitted,
KAREN-LEE MOODY
Chief U.S. Probation Officer

By Justine Hancuch

Justine M. Hancuch
U.S Probation Officer

Reviewed:



Scott Hastings
Supervisory U.S. Probation Officer
2/21/2017

Prob 12C
(6/13)

Petition for Warrant or Summons
for Offender Under Supervision

# SUPERVISED RELEASE VIOLATION
# COVER SHEET

**Name:** Shayne Ellis

**Y/O/B**: 1981

**Offense(s) of Conviction and Classification:** Count One: Conspiracy to Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 846, 841(b)(1)(C) and 18 U.S.C. § 2-Class C Felony; Count Two: Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C.§ 922(g)-Class C Felony; and Count Three: Robbery of Controlled Substances from a DEA Registered Pharmacy, in violation of 18 U.S.C. §§ 2118(a) and 2-Class C Felony

**Original Sentence**: 66 Months Imprisonment; 36 Months Supervised Release
**Date Imposed**: July 11, 2012

**Amended Sentence:** 54 Months Imprisonment; 36 Months Supervised Release
**Date Imposed**: April 9, 2015

**1st Revocation Sentence:** Time Served (11 days)
**Date Imposed:** December 27, 2016

**Available Penalties for Current Violation (with statutory reference)**;

**Imprisonment:** Counts One-Three: Not more than 2 years, 18 U.S.C. § 3583(e)(3)

**Additional Period of Release:** Count One: Up to Life, less any term of imprisonment imposed for this revocation, 18 U.S.C. § 3583(h); Counts Two and Three: 2 years and 354 days, less any term of imprisonment imposed for this revocation, 18 U.S.C. § 3583(h)

**Supervising U.S Probation Officer**
Justine M. Hancuch

CLOSED,VICTIM

# U.S. District Court
# District of Maine (Bangor)
# CRIMINAL DOCKET FOR CASE #: 1:12−cr−00040−JAW All Defendants

Case title: USA v. ELLIS

Date Filed: 03/30/2012
Date Terminated: 07/12/2012

---

Assigned to: JUDGE JOHN A. WOODCOCK, JR

**Defendant (1)**

**SHAYNE ELLIS**
*TERMINATED: 07/12/2012*

represented by

**CHARLES W. HODSDON , II**
P.O. BOX 1006
BANGOR, ME 04402−1006
945−3355
Email: cwh@hodsdonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**DAVID R. BENEMAN**
FEDERAL DEFENDER'S OFFICE
P.O. BOX 595
PORTLAND, ME 04112−0595
207−553−7070 ext. 101
Fax: 207−553−7017
Email: David.Beneman@fd.org
*TERMINATED: 09/14/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES; 21:846 AND 841(a)(1)<br>(1) | By Order dated 4/9/2015, Imprisonment is reduced to a term of 54 months; ORIGINAL SENTENCE: Defendant sentenced to 66 months on each of Counts 1, 2, and 3 to be served concurrently; 3 years supervised release on Counts 1, 2 and 3 to be served concurrently; $300.00 special assessment and $2,490.91 restitution. Defendant remanded to the custody of the U.S. Marshal Service. |
| FELON IN POSSESSION OF FIREARM AND AMMUNITION; 18:922(g)(1) AND 924(a)(2)<br>(2) | By Order dated 4/9/2015, Imprisonment is reduced to a term of 54 months; ORIGINAL SENTENCE:Defendant sentenced to 66 months on each of Counts 1, 2, and 3 to be served concurrently; 3 years supervised release on Counts 1, 2 and 3 to be served concurrently; $300.00 special assessment and $2,490.91 restitution. Defendant remanded to the custody of the U.S. Marshal Service. |
| ROBBERY OF CONTROLLED SUBSTANCES FROM A DEA REGISTERED PHARMACY, AND AIDING AND ABETTING; 18:2118(a) AND 2<br>(3) | By Order dated 4/9/2015, Imprisonment is reduced to a term of 54 months; ORIGINAL SENTENCE: Defendant sentenced to 66 months on each of Counts 1, 2, and 3 to be served concurrently; 3 years supervised release on Counts 1, 2 and 3 to be served concurrently; $300.00 special assessment and $2,490.91 restitution. Defendant remanded to |

the custody of the U.S. Marshal Service.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

None

---

**Plaintiff**

**USA** represented by **JOEL B. CASEY**
OFFICE OF THE U.S. ATTORNEY
DISTRICT OF MAINE
202 HARLOW STREET, ROOM 111
BANGOR, ME 04401
207−945−0373
Email: joel.casey@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DONALD E. CLARK**
U.S. ATTORNEY'S OFFICE
DISTRICT OF MAINE
100 MIDDLE STREET PLAZA
PORTLAND, ME 04101
(207) 780−3257
Email: donald.clark@usdoj.gov
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/30/2012 | 1 | MOTION for Writ of Habeas Corpus ad Prosequendum of Shayne Ellis by USA as to SHAYNE ELLIS. (jlg) (Entered: 03/30/2012) |
| 03/30/2012 | 2 | Writ of Habeas Corpus ad Prosequendum Issued on 3/26/2012 for Shane Ellis as to SHAYNE ELLIS to appear on 3/30/2012 by JUDGE JOHN A. WOODCOCK, JR. (jlg) (Entered: 03/30/2012) |
| 03/30/2012 | 3 | NOTICE OF ATTORNEY APPEARANCE DONALD E. CLARK appearing for USA. (CLARK, DONALD) (Entered: 03/30/2012) |
| 03/30/2012 | 4 | WAIVER OF INDICTMENT by SHAYNE ELLIS. (jlg) (Entered: 03/30/2012) |
| 03/30/2012 | 5 | INFORMATION as to SHAYNE ELLIS (1) count(s) 1, 2, 3. (jlg) (Entered: 03/30/2012) |
| 03/30/2012 | 6 | SYNOPSIS as to SHAYNE ELLIS. (jlg) (Entered: 03/30/2012) |
| 03/30/2012 | 8 | PROSECUTION VERSION as to SHAYNE ELLIS. (jlg) (Entered: 03/30/2012) |
| 03/30/2012 | 9 | PLEA AGREEMENT as to SHAYNE ELLIS. (jlg) (Entered: 03/30/2012) |

| | | |
|---|---|---|
| 03/30/2012 | 10 | MANDATORY PLEA AGREEMENT SUPPLEMENT as to SHAYNE ELLIS. (jlg) Modified on 11/9/2012 to unseal (jlg). (Entered: 03/30/2012) |
| 03/30/2012 | 12 | Minute Entry for proceedings held before JUDGE JOHN A. WOODCOCK, JR. as to SHAYNE ELLIS: Conference of Counsel held; Initial Appearance held; Attorney Appointment Hearing held, Attorney Charles Hodsdon appointed; Waiver of Indictment signed and Arraignment held as to Counts 1, 2, and 3. Guilty Plea entered as to Counts 1, 2, and 3; defendant consented to forfeiture; Plea accepted. Defendant ordered remanded to the custody of the U.S. Marshal Service once released from state custody. (Court Reporter: Julie Edgecomb) (jlg) (Entered: 03/30/2012) |
| 03/30/2012 | 13 | PRELIMINARY ORDER OF FORFEITURE as to SHAYNE ELLIS. By JUDGE JOHN A. WOODCOCK, JR. (jlg) (Entered: 03/30/2012) |
| 06/01/2012 | 14 | Acceptance of Service by USA as to SHAYNE ELLIS *re Amy Geroux* (CLARK, DONALD) Modified on 6/4/2012 to clarify text (jlg). (Entered: 06/01/2012) |
| 06/19/2012 | 15 | SERVICE by Publication filed by USA as to SHAYNE ELLIS. Last publication date 06/15/2012. (Attachments: # 1 Attachment 1 − Notice of Forfeiture and Advertisement Certification Report)(CLARK, DONALD) (Entered: 06/19/2012) |
| 06/20/2012 | 16 | NOTICE OF HEARING as to SHAYNE ELLIS<br>Counsel are required to notify the Clerks Office immediately if the PSC and Sentencing should be held on separate dates.<br><br>Please note that there is limited audio video equipment available in the Bangor Magistrate Judges Courtroom. Notify the Clerks Office immediately if electronic presentation equipment is required for this hearing.<br>Presentence Conference set for 7/11/2012 at 11:00 AM in Judge Woodcock's Chambers before JUDGE JOHN A. WOODCOCK JR. Sentencing set for 7/11/2012 at 11:00 AM in Magistrate Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. (MFS) (Entered: 06/20/2012) |
| 07/09/2012 | 17 | MOTION to Seal Motion for Downward Departure by USA as to SHAYNE ELLIS. (jlg) Modified on 11/9/2012 to unseal (jlg). (Entered: 07/09/2012) |
| 07/09/2012 | 18 | SEALED MOTION for Downward Departure by USA as to SHAYNE ELLIS. (jlg) Modified on 11/9/2012 to unseal (jlg). (Entered: 07/09/2012) |
| 07/09/2012 | 19 | ORDER granting 17 Motion to Seal Motion for Downward Departure for a period not to exceed 120 days from the date of sentencing as to SHAYNE ELLIS (1). By JUDGE JOHN A. WOODCOCK, JR. (jlg) Modified on 11/9/2012 to unseal (jlg). (Entered: 07/09/2012) |
| 07/11/2012 | 20 | Minute Entry for proceedings held before JUDGE JOHN A. WOODCOCK, JR: Presentence Conference and Sentencing held on 7/11/2012 as to SHAYNE ELLIS. Defendant sentenced to 66 months on each of Counts 1, 2, and 3 to be served concurrently; 3 years supervised release on Counts 1, 2 and 3 to be served concurrently; $300.00 special assessment and $2,490.91 restitution. Defendant remanded to the custody of the U.S. Marshal Service. Final order of forfeiture and judgment to issue. ( Mandatory Plea Supplement to be unsealed on 11/8/2012.) (Court Reporter: Julie Edgecomb) (jlg) (Entered: 07/11/2012) |
| 07/11/2012 | 21 | ORAL ORDER granting 18 Sealed Motion for Downward Departure as to SHAYNE ELLIS (1). By JUDGE JOHN A. WOODCOCK, JR. (jlg) Modified on 11/9/2012 to unseal (jlg). (Entered: 07/11/2012) |
| 07/11/2012 | 22 | FINAL ORDER OF FORFEITURE as to SHAYNE ELLIS. By JUDGE JOHN A. WOODCOCK, JR. (jlg) (Entered: 07/11/2012) |
| 07/12/2012 | 23 | JUDGMENT as to SHAYNE ELLIS (1), Count(s) 1, 2, 3, Defendant sentenced to 66 months on each of Counts 1, 2, and 3 to be served concurrently; 3 years supervised release on Counts 1, 2 and 3 to be served concurrently; $300.00 special assessment and $2,490.91 restitution. Defendant remanded to the custody of the U.S. Marshal Service. By JUDGE JOHN A. WOODCOCK, JR. (jlg) (Entered: 07/12/2012) |
| 07/12/2012 | 24 | Statement of Reasons as to SHAYNE ELLIS.(Access to document is restricted to USA and applicable defendant only) (Attachments: # 1 Exhibit A− Findings Affecting |

| | | |
|---|---|---|
| | | Sentencing) (jlg) (Entered: 07/12/2012) |
| 10/11/2012 | 26 | USM−285 Process Receipt and Return for Cash Deposited as to SHAYNE ELLIS (mnw) (Entered: 10/12/2012) |
| 01/20/2015 | 27 | ORDER APPOINTING COUNSEL PURSUANT TO 18 U.S.C. § 3582(c)(2) as to SHAYNE ELLIS. Added attorney DAVID R. BENEMAN for SHAYNE ELLIS. Attorney CHARLES W. HODSDON, II terminated in case as to SHAYNE ELLIS. By JUDGE JOHN A. WOODCOCK, JR. (jlg) (Entered: 01/20/2015) |
| 01/20/2015 | 28 | Sua Sponte Motion for Sentence Modification and Scheduling Order for Sentence Modification as to SHAYNE ELLIS. Motion or Amended Reduction Motion or Intent to Pursue due by 5/4/2015. By JUDGE JOHN A. WOODCOCK, JR. (jlg) Modified on 4/9/2015 to change event to a motion(jlg). (Entered: 01/20/2015) |
| 04/09/2015 | 29 | ORDER granting 28 Motion to Reduce Sentence − USSC Amendment as to SHAYNE ELLIS (1) By JUDGE JOHN A. WOODCOCK, JR. (jlg) (Entered: 04/09/2015) |
| 04/09/2015 | 30 | AO 247 − Page 2 as to SHAYNE ELLIS.(Access to document is restricted to USA and applicable defendant only) (jlg) (Entered: 04/09/2015) |
| 09/14/2016 | 31 | Petition on Supervised Release, MOTION for Warrant by USPO as to SHAYNE ELLIS (HANCUCH, JUSTINE) Modified on 9/14/2016 to unseal(bld). (Entered: 09/14/2016) |
| 09/14/2016 | 32 | ORDER granting 31 Motion for Warrant; Sealed until Arrest or until Detainer is Lodged as to SHAYNE ELLIS (1) By MAGISTRATE JUDGE JOHN C. NIVISON. (NIVISON, JOHN) Modified on 9/14/2016 to unseal (bld). (Entered: 09/14/2016) |
| 09/14/2016 | 33 | Arrest Warrant Issued by Jennifer L. Gray, Deputy Clerk for MAGISTRATE JUDGE JOHN C. NIVISON as to SHAYNE ELLIS. Original delivered to U.S. Marshals Service. (jlg) Modified on 9/14/2016 to unseal (bld). (Entered: 09/14/2016) |
| 09/14/2016 | | Arrest of SHAYNE ELLIS (bld) (Entered: 09/14/2016) |
| 09/14/2016 | 34 | NOTICE OF HEARING as to SHAYNE ELLIS Attorney Appointment Hearing set for 9/14/2016 04:00 PM in Bangor Courtroom 1 before MAGISTRATE JUDGE JOHN C. NIVISON. Initial Appearance on Revocation Proceedings set for 9/14/2016 04:00 PM in Bangor Courtroom 1 before MAGISTRATE JUDGE JOHN C. NIVISON. (bld) (Entered: 09/14/2016) |
| 09/14/2016 | 35 | RESCHEDULED NOTICE OF HEARING as to SHAYNE ELLIS Attorney Appointment Hearing set for 9/14/2016 03:30 PM in Bangor Courtroom 2 before MAGISTRATE JUDGE JOHN C. NIVISON. Initial Appearance on Revocation Proceedings set for 9/14/2016 03:30 PM in Bangor Courtroom 2 before MAGISTRATE JUDGE JOHN C. NIVISON. (bld) (Entered: 09/14/2016) |
| 09/14/2016 | 36 | Minute Entry for proceedings held before MAGISTRATE JUDGE JOHN C. NIVISON: Attorney Appointment Hearing held as to SHAYNE ELLIS; Charles Hodsdon appointed; Initial Appearance held re Revocation of Supervised Release as to SHAYNE ELLIS. After court inquiry, the record reflects that the defendant was arrested on 9/14/16; Detention Hearing and Preliminary Hearing Waived as to SHAYNE ELLIS; Defendant remanded to the custody of US Marshal Service. (Court Reporter: FTR) (bld) (Entered: 09/15/2016) |
| 09/14/2016 | 37 | Financial Declaration by SHAYNE ELLIS (Access to document is restricted to USA and applicable defendant only) (bld) (Entered: 09/15/2016) |
| 09/14/2016 | 38 | ORAL ORDER approving 37 Financial Declaration as to SHAYNE ELLIS By MAGISTRATE JUDGE JOHN C. NIVISON. (bld) (Entered: 09/15/2016) |
| 09/14/2016 | | CJA 20 as to SHAYNE ELLIS: Appointment of Attorney Charles Hodsdon;<br><br>**NOTICE TO COUNSEL:** CJA documents are now processed via eVoucher. The link to eVoucher and procedural and policy information regarding CJA appointments can be found on our website at http://www.med.uscourts.gov/evoucher. Signed by MAGISTRATE JUDGE JOHN C. NIVISON on 9/14/16. (bld) (Entered: 09/15/2016) |

| | | |
|---|---|---|
| 09/14/2016 | 39 | WAIVER of Preliminary Hearing by SHAYNE ELLIS (bld) (Entered: 09/15/2016) |
| 09/14/2016 | 40 | NOTICE OF HEARING ON MOTION Re: 31 Petition on Supervised Release as to SHAYNE ELLIS; Final Revocation Hearing set for 10/6/2016 03:00 PM in Bangor Courtroom 2 before JUDGE JOHN A. WOODCOCK JR. (bld) (Entered: 09/15/2016) |
| 09/15/2016 | 41 | ORDER OF DETENTION PENDING REVOCATION HEARING as to SHAYNE ELLIS. By MAGISTRATE JUDGE JOHN C. NIVISON. (CWP) (Entered: 09/15/2016) |
| 09/15/2016 | 42 | Arrest Warrant Returned Executed on 9/14/2016 as to SHAYNE ELLIS. (jlg) (Entered: 09/15/2016) |
| 09/23/2016 | 43 | Unopposed MOTION to Continue *Revocation of Supervised Release* by SHAYNE ELLIS Responses due by 10/14/2016. (HODSDON, CHARLES) (Entered: 09/23/2016) |
| 09/26/2016 | 44 | ORDER granting 43 Motion to Continue Revocation of Supervised Release as to SHAYNE ELLIS (1) By JUDGE JOHN A. WOODCOCK, JR. (mlm) (Entered: 09/26/2016) |
| 09/26/2016 | 45 | ORDER OF LIMITED TEMPORARY RELEASE as to SHAYNE ELLIS By JUDGE JOHN A. WOODCOCK, JR. (mlm) (Entered: 09/26/2016) |
| 09/26/2016 | 46 | NOTICE OF CANCELLED HEARING as to SHAYNE ELLIS Re: 31 Petition on Supervised Release (mlm) (Entered: 09/26/2016) |
| 09/28/2016 | 47 | NOTICE OF HEARING ON MOTION Re: 31 Petition on Supervised Release: as to SHAYNE ELLIS Final Revocation Hearing set for 11/18/2016 10:00 AM in Bangor Courtroom 2 before JUDGE JOHN A. WOODCOCK JR. (bld) (Entered: 09/28/2016) |
| 11/02/2016 | 48 | Unopposed MOTION to Continue, MOTION for Limited Temporary Release by SHAYNE ELLIS Responses due by 11/23/2016. (HODSDON, CHARLES). Added MOTION for Limited Temporary Release on 11/3/2016 (jgd). (Entered: 11/02/2016) |
| 11/03/2016 | | NOTICE of Docket Entry Modification as to SHAYNE ELLIS regarding 48 Unopposed MOTION to Continue and MOTION for Limited Temporary Release: This docket entry was modified to indicate it is also a request for Limited Temporary Release. (jgd) (Entered: 11/03/2016) |
| 11/04/2016 | 49 | ORDER granting 48 Motion to Continue Final Revocation as to SHAYNE ELLIS (1); granting 48 Motion for Limited Temporary Release as to SHAYNE ELLIS (1). By JUDGE JOHN A. WOODCOCK, JR. (jgd) (Entered: 11/04/2016) |
| 11/04/2016 | 50 | ORDER OF LIMITED TEMPORARY RELEASE as to SHAYNE ELLIS. By JUDGE JOHN A. WOODCOCK, JR. (jgd) (Entered: 11/04/2016) |
| 11/07/2016 | 51 | NOTICE OF RESCHEDULED HEARING ON MOTION Re: 31 Petition on Supervised Release as to SHAYNE ELLIS: Final Revocation Hearing reset for 12/27/2016 02:00 PM in Bangor Courtroom 2 before JUDGE JOHN A. WOODCOCK JR. (jgd) (Entered: 11/07/2016) |
| 12/15/2016 | 52 | Unopposed MOTION to Modify Conditions of Release by SHAYNE ELLIS Responses due by 1/5/2017. (HODSDON, CHARLES) (Entered: 12/15/2016) |
| 12/16/2016 | 53 | ORDER GRANTING BAIL AND SETTING CONDITIONS OF RELEASE PENDING FINAL REVOCATION HEARING; granting 52 Motion to Modify Conditions of Release as to SHAYNE ELLIS (1) By JUDGE JOHN A. WOODCOCK, JR. (mlm) (Entered: 12/16/2016) |
| 12/27/2016 | 54 | Minute Entry for proceedings held before JUDGE JOHN A. WOODCOCK, JR: Final Revocation Hearing held as to SHAYNE ELLIS re 31 Petition on Supervised Release. Defendant conceded to violation and was sentenced to time served, 24 months supervised release, $300.00 special assessment and $2,490.91 in restitution (with credit for payments previously received). (Court Reporter: FTR: J. Driscoll) (jgd) (Entered: 12/27/2016) |
| 12/27/2016 | 55 | REVOCATION JUDGMENT as to SHAYNE ELLIS re 31 Petition on Supervised Release. By JUDGE JOHN A. WOODCOCK, JR. (jgd) (Entered: 12/27/2016) |

| | | |
|---|---|---|
| 12/27/2016 | 56 | Revocation Judgment Personal Identifier Attachment re 55 Revocation Judgment as to SHAYNE ELLIS (Access to document is restricted to USA and applicable defendant only) (jgd) (Entered: 12/27/2016) |
| 02/21/2017 | 57 | Petition on Supervised Release, MOTION for Warrant by USPO as to SHAYNE ELLIS (HANCUCH, JUSTINE) Modified on 4/11/2017 to unseal (jgd). (Entered: 02/21/2017) |
| 02/21/2017 | 58 | ORDER granting 57 Motion for Warrant; Sealed until Arrest or until Detainer is Lodged as to SHAYNE ELLIS (1). By JUDGE JOHN A. WOODCOCK, JR. (jgd) Modified on 4/11/2017 to unseal (jgd). (Entered: 02/21/2017) |
| 02/21/2017 | 59 | Arrest Warrant Issued by Jennifer G. Driscoll, Deputy Clerk for JUDGE JOHN A. WOODCOCK, JR as to SHAYNE ELLIS. Original delivered to U.S. Marshals Service. (jgd) Modified on 4/11/2017 to unseal (jgd). (Entered: 02/21/2017) |
| 02/23/2017 | 60 | SATISFACTION OF JUDGMENT filed by USA as to SHAYNE ELLIS Re: 23 Judgment, (LIZOTTE, ANDREW) (Entered: 02/23/2017) |
| 04/11/2017 | | Arrest of SHAYNE ELLIS in Florida Middle District. (jgd) (Entered: 04/11/2017) |